UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEENA WARECKI,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:20-cv-1519 JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 14) |

On October 1, 2021, the parties stipulated for Plaintiff to have an extension of thirty days to file a motion for summary judgment. (Doc. 14.) Notably, this is the first request for an extension and it does not appear either party will suffer prejudice from the delay. Accordingly, the Court **ORDERS**:

1. The extension of time (Doc. 14) is **GRANTED**; and
2. Plaintiff **SHALL** file a motion for summary judgment no later than **November 1, 2021**.

IT IS SO ORDERED.

Dated:  **October 1, 2021**              _/s/ Jennifer L. Thurston_
                                    CHIEF UNITED STATES MAGISTRATE JUDGE

1