UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEENA WARECKI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:20-cv-1519 JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR A FURTHER EXTENSION OF TIME<br><br>(Doc. 17) |

On October 28, 2021, Plaintiff filed a stipulation of the parties for Plaintiff to have a further extension of four days to file a motion for summary judgment. (Doc. 17.) Plaintiff's counsel reports the extension is necessary due to her workload, which includes two other merits briefs with the same deadline. (*Id.* at 1-2.) Importantly, it does not appear either party will suffer prejudice from the brief extension. Accordingly, the Court **ORDERS**:

1. The request for an extension of time (Doc. 17) is **GRANTED**; and

2. Plaintiff **SHALL** file a motion for summary judgment no later than **November 5, 2021**.

IT IS SO ORDERED.

Dated:　**October 29, 2021**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE