1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEENA WARECKI, | Case No.: 1:20-cv-1519 JLT |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR A FURTHER EXTENSION OF TIME |
| v. | (Doc. 21) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On December 22, 2021, Plaintiff filed a stipulation to have an extension of thirty days to file a reply brief. (Doc. 21.) Plaintiff's counsel reports the extension is necessary due to her workload and "preplanned holiday vacation days out of the State." (*Id.* at 1-2.) Importantly, it does not appear either party will suffer prejudice from the additional extension. Accordingly, the Court **ORDERS**:

1. The request for an extension of time (Doc. 21) is **GRANTED**; and
2. Plaintiff **SHALL** file a reply brief no later than **January 20, 2022**.

IT IS SO ORDERED.

Dated:  **December 22, 2021**           _ /s/ Jennifer L. Thurston
                                       CHIEF UNITED STATES MAGISTRATE JUDGE