# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEENA WARECKI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:20-cv-01519-SAB<br><br>ORDER GRANTING MOTION FOR AWARD OF ATTORNEY FEES<br><br>(ECF No. 27) |

Sheena Warecki ("Plaintiff") filed the complaint in this action on October 28, 2020. (ECF No. 1.) On July 22, 2022, the Court granted Plaintiff's motion for summary judgment, remanded the action for further proceedings, and entered judgment in favor of Plaintiff. (ECF Nos. 25, 26.) On October 20, 2022, Plaintiff filed a motion for the award of attorney fees in the amount of $10,469.00, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). (ECF No. 27.)

Typically, the parties stipulate to the award of attorney fees under the EAJA. Here, fourteen (14) days have passed since the filing of the motion, and no opposition has been filed. Based on the Court's record and the lack of opposition to the filed motion, the Court finds good cause to grant the Plaintiff's motion.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for attorney fees and costs is GRANTED;
2. Plaintiff is awarded attorney fees in the amount of $10,469.00; and
3. The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

IT IS SO ORDERED.

Dated:   **November 4, 2022**

UNITED STATES MAGISTRATE JUDGE